IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


DEBRA D. KLINGENSMITH,                *

          Plaintiff                   *
                                          CASE NO. 4:06-CV-45 (CDL)
vs.                                   *

Michael J. Astrue, Commissioner      *
of Social Security
                                      *
          Defendant
                                      *

## ORDER ON RECOMMENDATION TO REMAND

After a *de novo* review of the record in this case, the Report
and Recommendation of the United States Magistrate Judge filed
November 9, 2006, has been read and considered and is hereby
approved, adopted, and made the Order of the Court.  Accordingly,
this case is remanded to the Commissioner for further administrative
action consistent with the report and recommendation of the
Magistrate Judge.

IT IS SO ORDERED, this 10th day of July, 2007.


                              S/Clay D. Land
                                   CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE